# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 11, 2013

No. 12-30443

Lyle W. Cayce
Clerk

CLAUDE C. LIGHTFOOT, JR., substituted as Trustee of the MBS Unsecured Creditors' Trust formed in connection with the bankruptcy of MBS Management Services, Incorporated,

Plaintiff-Appellant

v.

HOMELAND INSURANCE COMPANY; RSUI INDEMNITY COMPANY,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:07-CV-4833

Before KING, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.